## Knox *v.* The State.

APPEAL from the Circuit Court of Greene.
Tried before the Hon. S. H. SPROTT.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for manslaughter.
Judgment affirmed.

Opinion by SHARPE, J.

---

## Lee *v.* Dixon.

APPEAL from Dale Chancery Court.
Heard before the Hon. W. L. PARKS.

LEE & LEE and GEORGE W. PEACH, for appellant.

SOLLIE & KIRKLAND, for appellee.

The bill in this case was filed by the appellees against the appellants to have a mortgage foreclosed.
On the final submission of the cause on the pleadings and proof, the chancellor decreed that the complainants were entitled to the relief prayed for.
The decree is affirmd.

Opinion by MCCLELLAN, C. J.